**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MICHELLE MCDANIEL, AS NEXT FRIEND OF SEAN MCDANIEL,  Plaintiff, | § § § § |
| v. | § CIVIL ACTION NO. 5-07-CV-18 (TJW) § § |
| RAFAEL F. OTERO, PH.D., DAAPM, DACFE, LMMFT, LSSP,  Defendant. | § § § § |

## ORDER

Before the Court is Defendant Rafael Otero's Motion to Dismiss (#5) and Motion for Sanctions (#6). Plaintiff has not filed a response as ordered by the court. *See* Dkt. #11. Accordingly, the defendant's motion to dismiss is GRANTED. This case is hereby dismissed without prejudice. Costs of court are taxed against the plaintiff.

The defendant's motion for sanctions is DENIED.

SIGNED this 3rd day of April, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE